IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-02556-MSK-CBS

ROBERT B. HAAS, and
MARIAN T. STUMPF (Involuntary Plaintiff),

       Plaintiffs,

v.

THE HONORABLE C. JEAN STEWART, in her official capacity
for the Denver Probate Court,
**HOLME, ROBERTS, AND OWEN LLP,**
JOHN T. HAAS, and
PETER M. HAAS,

       Defendants.

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

THIS MATTER is before the Court on Plaintiff Robert B. Haas Notice of Dismissal of Defendant Holme Roberts & Owen LLP **(#11)** filed February 6, 2006. The Court having read the Notice of Dismissal filed herein, and now being fully advised in the premises,

IT IS ORDERED that all claims by Plaintiff Haas against Holme Roberts & Owen LLP are dismissed, with prejudice, each party to pay his, her or its own costs and attorneys' fees herein expended.

DATED this 13th day of February 2006.

**BY THE COURT:**

_____
Marcia S. Krieger
United States District Judge